## TOBIN & TOBIN REALTY ASSOCIATES, INC., v. MORRIS SIEGEL

22 So. (2nd) 768   June Term, 1945
July 10, 1945   Division A
Rehearing denied July 27, 1945.

*Roland W. Granat,* for appellant.

*Nathanson, Oka & Spaet,* and *George Atkinson,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.